Revised 05/01 WDNY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

1/22/05

FORM TO BE USED IN FILING A CIVIL COMPLAINT IN FEDERAL COURT
(Non-Prisoner Context)

## 1. CAPTION OF ACTION

A.  **Full Name of Plaintiff:** NOTE: *If more than one plaintiff files this action and seeks in forma pauperis status, each plaintiff must submit an in forma pauperis application or the only plaintiff to be considered will be the plaintiff who filed an application.*

Rev. William Joseph Plank — I am a desendent of the IROQUOIS nations of the North American Indians the true stewarts of the United States Lands. My Grandmother is Blackfoot sister to the sharp family Blackfoot nation

-vs-

B.  **Full Name(s) of Defendant(s)** NOTE: *Pursuant to Fed.R.Civ.P. 10(a), the names of all parties must appear in the caption. The court may not consider a claim against anyone not identified in this section as a defendant. Add a separate sheet, if necessary.*

1. The Mormon churches of The Church of Jesus Christ of Latter Day Saints.
2.
3.
4. All parties tied into this
5. organization of theifs yet
6. showing good Heart.

## 2. STATEMENT OF JURISDICTION, VENUE and NATURE OF SUIT
*All of these sections MUST be answered*

Identify the basis for federal Court jurisdiction over your claim, such as that the United States government is a party to the action, all the parties reside in different states and therefore you claim diversity jurisdiction, or the claim presents a federal question or arises under federal law.

A.  Basis of Jurisdiction in Federal Court: New York state

State why the Western District of New York is the proper venue for this action, such as that your claim arises in or the defendant resides in the 17 westernmost counties of New York State.

B.  Reason for Venue in the Western District: This crime began in Manchester county, Ontario county New York in September 1823

Identify the nature of this action, such as that it is a civil rights claim, a personal injury or personal property (tort) claim, a property rights claim, or whatever it is. 165.54 - Criminal possesion of stolen property. Criminal tampering 1st Dayree 145.20 165.50 Tampering with public (Indian) records 175.25, Records 215.30 165.15

C.  Nature of Suit: Native American Indian peoples vs Mormon Latter Day church of Jesus Christ They have stolen my ancestors teachings and have translated them into modern tongue Inglish and have since 1823 on 2005 have soled and given, made movies of all the records of my people and have made Billions, I would like to sew for 3 Billion Dollars. Defrauding the Goverment - 195.20 Making Billions of Dollars with Indian property Teaching. manufacturing of or sale of unauthorized (Indian) Records 275.20 Tampering with physical Evidence - 215.40 Indian Records

### 3. PARTIES TO THIS ACTION

**PLAINTIFF'S INFORMATION** NOTE: *To list additional plaintiffs, use this format on another sheet of paper.*

Name of First Plaintiff: Rev. William J Plank
Present Address: 45 Harts Horn St. Hornell N.Y. 14843

Name of Second Plaintiff: Many to Afraid to stand with me - so I
Present Address: being a Cheif Elder must stand for all Indian Tribes of North America.

**DEFENDANT'S INFORMATION** NOTE: *To list additional defendants, use this format on another sheet of paper.*

Name of First Defendant: Mormon Churches of church of Jesus christ of Latter Day Saints
Official Position of Defendant (if relevant): _____
Address of Defendant: _____

Name of Second Defendant: _____
Official Position of Defendant (if relevant): _____
Address of Defendant: _____

Name of Third Defendant: _____
Official Position of Defendant (if relevant): _____
Address of Defendant: _____

### 4. PREVIOUS LAWSUITS IN STATE AND FEDERAL COURT

A.   Have you begun any other lawsuits in **state or federal court** dealing with **the same facts involved in this action?**
     Yes____   No ✓

If Yes, complete the next section. NOTE: *If you have brought more than one lawsuit dealing with the same facts as this action, use this format to describe the other action(s) on another sheet of paper.*

1.   Name(s) of the parties to this other lawsuit:
     Plaintiff(s): _____

Defendant(s):_____

_____

2. Court (if federal court, name the district; if state court, name the county):_____
   Western District of New York

3. Docket or Index Number: ?

4. Name of Judge to whom case was assigned: ?

5. The approximate date the action was filed: 1/22/05

6. What was the disposition of the case?

   Is it still pending? Yes____ No____

   If not, give the approximate date it was resolved._____

   Disposition (check those statements which apply):

   ____ Dismissed (check the statement which indicates why it was dismissed):

   ____ By court *sua sponte* as frivolous, malicious or for failing to state a claim upon which relief can be granted;
   ____ By court for failure to prosecute, pay filing fee or otherwise respond to a court order;
   ____ By court due to your voluntary withdrawal of claim;

   ____ Judgment upon motion or after trial entered for

   ____ plaintiff
   ____ defendant.

---

## 5. STATEMENT OF CLAIM

**Please note** that it is not enough to just list the ground(s) for your action. You **must** include a statement of the facts which you believe support each of your claims. In other words, just tell the story of what happened and do not use legal jargon.

Fed.R.Civ.P. 8(a) states that a pleading must contain "a short and plain statement of the claim showing that the pleader is entitled to relief." "The function of pleadings under the Federal Rules is to give fair notice of the claim asserted. Fair notice is that which will enable the adverse party to answer and prepare for trial, allow the application of res judicata, and identify the nature of the case so it may be assigned the proper form of trial." Simmons v. Abruzzo, 49 F.3d 83, 86 (2d Cir. 1995).

Fed.R.Civ.P. 10(b) states that "[a]ll averments of claim ... shall be made in numbered paragraphs, the contents of each of which shall be limited as far a practicable to a single set of circumstances."

---

**A. FIRST CLAIM:** On (date of the incident) 1/22/05   Crime Began 1823 Sep. 21,
defendant (give the **name and (if relevant) the position held** of **each defendant** involved in this incident) The
Mormon Church of Jesschrist Latter Day Saints – The Year 1998
I was Baptized in the Latter Day Saints Church in

3

did the following to me (*briefly state what each defendant named above did*): Bath NewYork on Rumsey St. Extion, How ever shortly after being a member was told to leave because I Refused to obey there standars of Membership - I found them to be Acultic, How ever I Noticed they had Native American property wich belonged to my tribes and peoples - They called it the Bok of Mormon - under Artical 165.54 of the Civil Practice Laws + Rules Hand Book they have stolen property that belongs to me - and all peoples of the Native tribes of the Indian Nations - these peoples have transzlated and Sold Books, movies, Ex.. on the teachings of My Ancestors wich Did not Give or sell that Right.

The federal basis for this claim is: Defrauding the Government 195.20 - They have used Indian property to make themsevls Billions and have Records of Indian Ancestory Not there's to Sell.

State briefly **exactly** what you want the Court to do for you. *Make no legal arguments and cite no cases or statutes*:
I would Like the Court to honor my Law Suite of 3 Billion or to the No Less than 50 Million Dollars. This is So myself and Every North American tribe Still in Standing May also Benifit from the Giant Funds they have Prodused Do to the Indian historical Artifact Records they have used to Do so.

**B. SECOND CLAIM:** On (*date of the incident*) Artical 165.50 Tampering with public Records (Indian),
defendant (*give the name and (if relevant) position held of each defendant involved in this incident*) Mormon Churches of Jesus Christ Latter Day Saints.

did the following to me (*briefly state what each defendant named above did*): They Tampered with Indian Records under Artical 165.50, 175.25, ~~●●●●~~ 275.30, by takeing The Indians of the USA's Ancestors family Heritige and translateing them into English and Selling them for the owne personal ~~profeet~~ organized gain wich is by the Billions, without Lawful permishion of the TRible Counsells or cheifs of the North American tribes.

The federal basis for this claim is: Defrauding the Government 195.20 They have stolen from the Indian and used the Government System to Protect them ~~with~~ from there Stealing Crimes and then Nonprofitly used it for there Personal Familys Gain.

State briefly **exactly** what you want the Court to do for you. *Make no legal arguments and cite no cases or statutes*:
I would Like the Courts to turn all Lands Bought by the Mormons over to the Native tribes if the Indian and put I William T. Plank as a Stewart to oversee the Needs of my trible Indian Peoples and that all Moneys ea~~rned~~ turned over to the true owners of the Historical Records that have made them Rich.

If you have additional claims, use the above format to set them out on additional sheets of paper.

And Also All Temples Build to be turned over to Indians of North America tribes

4

### 6. SUMMARY OF RELIEF SOUGHT

*Summarize the relief requested by you in each statement of claim above.*

Your Honor I only feel that JesusChrist or Honest Hearted men would Rightful Agree that All Prophets that are made threw and by My Ancesters Historical teaching Should 1st and foremost profit the North American tribes and the Lands Bought by this great gain should be owned by the true peoples its wisdom came from and was Kept Record of.   Thank You   Cheif Elder - Rev. William Joseph Plank   IROQUOI Desendent! Blackfoot

Do you want a **jury trial**? Yes ✓  No ___

**I declare under penalty of perjury that the foregoing is true and correct.**

Executed on __1/22/05__
(date)

NOTE: *Each plaintiff must sign this complaint and must also sign all subsequent papers filed with the Court.*

Rev. William Joseph Plank

THERESA M. PARULSKI-MCKENNA
NOTARY PUBLIC IN THE STATE OF NEW YORK
STEUBEN COUNTY #4885619
COMMISSION EXPIRES FEB 9, 2007

Theresa M. Parulski-McKenna

Signature(s) of Plaintiff(s)

5