Revised 05/01 WDNY

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**

Rev. William J. Plank
(Name of Plaintiff or Petitioner)

Rev. William J. Plank  v.  All Mormon Churches of Jesus Christ of Latterday Saints.

(Name of Defendant(s) or Respondent(s))

**MOTION TO PROCEED** *IN FORMA PAUPERIS*
**AND SUPPORTING AFFIRMATION**
05-CV-6033

I, Rev. William Joseph Plank, *(print or type your name)* am the plaintiff/petitioner in the above-entitled case and hereby request the Court's permission to proceed *in forma pauperis*.

In support of my motion to proceed without being required to prepay fees, costs, or give security therefor, I state that because of my poverty I am unable to pay the costs of this action or to give security therefor and that I believe I am entitled to redress.

**I further declare that the responses which I have made in this affirmation below are true.**

1. Are you presently employed? Yes____ No ✓
   My Employer's Name and Address is: Temp. SSi. knote. I was injured Ripped Both Arms out of socket and June 24 2004 I Received a operation on left Shoulder and am still healing.
   My **Gross** Monthly Wages are: $_____
   If you are not presently employed, state
     Your Last Date of Employment: _____
     Your Gross Monthly Wages at that time: _____
   Is your spouse presently employed? Yes____ No ✓
   My Spouse's Employer's Name and Address is: Social Services
   My Spouse's **Gross** Monthly Wages are $ 00.00 Month - 600 Full Rent payment

2. Have you received **any money** from any of the following sources within the past twelve months:
   a. Business, profession or self-employment? Yes____ No ✓
      If yes, state **source** and **amount received** per month $_____
   b. Rent payments, interest or dividends? Yes____ No ✓
      If yes, state **source** and **amount received** per month $_____
   c. Pensions, annuities, disability, or life insurance payments? Yes ✓ No____
      If yes, state **source** and **amount received** per month $ 420 SSi - Temp.
   d. Gifts or inheritances? Yes____ No____
      If yes, state **source** and **amount** received per month $ 420 Temp.
   e. Child Support? Yes____ No ✓
      If yes, state **amount received** each month $_____
   f. Government Benefits (Social Security, SSI, Welfare, AFDC, Veterans, etc.)? Yes ✓ No____
      If yes, state **source** and **amount received** per month $ SSi. 420 month wife Recives 600 for full Rent payment
   g. Friends, Relatives or any other source? Yes____ No ✓
      If yes, state **source** and **amount received** per month $_____
   If you have **not** received any money from any of the above sources, please explain how you are currently paying your expenses:
   Your honor, I have a 200 Dollar total a month after Rent and utilities with leaves me 50 Dollars a week 4 weeks to buy 3 children there needs and expencess,

3. What is your total gross monthly income today: $ Cash 1,047 month 200 left to pay phone-electric- Dipers Clothes, Toot paste Ex ...

4. How much **cash** do you have on hand? $ 0

5. How much money do you have in a **checking account(s)**? $ 0⁰

6. How much money do you have in a **savings account(s)**? $ 0

7. If you are an inmate of a correctional facility, state the amount of funds in your inmate account (**NOTE:** prisoners must have inmate account balances certified by an authorized official of the correctional facility and must include a signed Authorization for payment of the filing fee): _____

8. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? Yes ✓ No ___
   If so, **describe the property in detail and give an estimated value of the property:** 1200 Honda side kick - Needs Fixing

   If you own property, are you paying off a **loan** or **mortgage** on it? Yes ___ No ✓
   If yes where are you obtaining the money to make such payments: How ever your Honor Being Native American origin I am the 1st Land Steward and Rightful Land Lord of U.S.A. you tell me if I owne eny land. yu all owe me Rent!

9. If you are not an inmate, state your **total monthly household expenses:**
   Rent or mortgage $ 600    Food $ 400    Utilities $ 320    All other expenses $ 200 Dipers wipes Etc
   If your monthly expenses exceed the amount of income you listed in #3 above, please explain how you are paying your expenses
   Your honor we in my house are just serviving How ever my wife is going to collodge while I watch the 3 childre Ages 5, 3, 1, I'd of have a 10.00 hr Job at Alstum till I for my Arm out of Socket.

10. List all of the people who are in your household and state the amount of money each one contributes to household expenses each month: Wife Angela L. Plank - 200 month After Rents Paid
    William T. Plank    200 a month after Rents paid
    Isaiah 5 - 0°    Sonya 3 - 0°    Rachel 1 - 0°

11. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support: Isaiah 5
    Every penn I can. Sonya 3  } All my cnildren Angela L. Plank
                    Rachel 1

12. Have you been adjudicated bankrupt within the past ten (10) years? Yes ___ No ?✓
    If the answer is yes, please include the court and date of filing _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 1/22/05         Rev. William Joseph Plank
            (Date)                    (Applicant's Signature)

THERESA M. PARULSKI-MCKENNA
NOTARY PUBLIC IN THE STATE OF NEW YORK        Theresa M. Parulski-McKenna
STEUBEN COUNTY #1885619
COMMISSION EXPIRES FEB 9. 2007

## PRISON CERTIFICATION SECTION
(Required for Prisoner Requests Only; Prisoner Requests **Must** Have This Section Completed By Prison Official)

**I certify** that the movant has the sum of $ _____ on account to his/her credit at the _____ Correctional Facility where s/he is currently confined.
**I further certify** that the movant has the following securities to his/her credit according to the institution's records: _____
_____.
**I further certify** that the movant's average account balance was $ _____ during the last six months.

_____
Signature of Authorized Officer of Institution

_____
Print Name of Authorized Officer of Institution