1AO 450 (Rev. 5/85) Judgment in a Civil CASE

# UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF NEW YORK

REV. WILLIAM JOSEPH PLANK,

                         JUDGMENT IN A CIVIL CASE

      Plaintiff(s)

        V.

THE MORMON CHURCHES OF THE CHURCH OF
LATTER DAY SAINTS and all parties tied into this
organization of theifs yet showing good heart,

      Defendant(s)                              CASE NUMBER:
                                                                 05-cv-6033L

☐    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X    **Decision by Court.** This action came to hearing before the Court. The issues have been tried and a decision has been rendered.

      **IT IS ORDERED AND ADJUDGED** that the plaintiff's complaint is dismissed with prejudice.

April 5, 2005                                            RODNEY C. EARLY
Date                                                       Clerk

                                                               s/Tricia M. O'Fray
                                                               (BY) TRICIA M. O' FRAY
                                                               Deputy Clerk